IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BURDEN TEED,<br>     Plaintiff,<br>     v.<br>JAMES "JIMMY" CHEN, et al.,<br>     Defendants. | Case No. 22-cv-02862-CRB<br><br>**ORDER TO SHOW CAUSE** |

On April 14, Plaintiff Richard Burden Teed filed a motion to dismiss Defendant James "Jimmy" Chen's cross-complaint[1] and two motions to strike material in the complaint and Chen's answer, including Chen's asserted affirmative defenses. See dkts. 52–54. On May 1, the Court granted the parties' stipulation to extend time for Chen to oppose these motions to May 12. No opposition has been filed.

Within 7 days of this order, Chen shall show cause why his counterclaims and affirmative defenses should not be deemed abandoned by his failure to oppose Teed's motions.

**IT IS SO ORDERED.**

Dated: May 18, 2023

CHARLES R. BREYER
United States District Judge

---

[1] Because Chen filed his "cross-complaint" against the plaintiff, Teed, the Court interprets Chen's filing as asserting counterclaims, not crossclaims. See Fed. R. Civ. P. 13.